IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALBERT DANTZLER, | ) | |
| Plaintiff, | ) | 2:05cv1143 |
| | ) | Electronic Filing |
| vs. | ) | |
| | ) | Judge David Stewart Cercone/ |
| JEFFREY BEARD; SHARON BUCKS; | ) | Magistrate Judge Amy Reynolds Hay |
| HARRY WILSON; CAROL SCIRE, | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

AND NOW, this 5th day of January, 2007, after the plaintiff, Albert Dantzler, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the complaint is dismissed for failure to state a claim upon which relief can be granted.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

*[signature]*
DAVID STEWART CERCONE
United States District Judge

cc: Hon. Amy Reynolds Hay
United States Magistrate Judge

Albert Dantzler
DZ-4398
SCI Fayette
P.O. Box 99999
LaBelle, PA 15450

Mariah Passarelli, Esquire
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219